UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**
AUG 25 2022
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 7:22-CR-14-REW
21 U.S.C. § 841(a)(1)

JOSE LUIS PEREZ-RAMON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about June 15, 2022, in Floyd County, in the Eastern District of Kentucky,

**JOSE LUIS PEREZ-RAMON**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

███████████████
FOREPERSON

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years nor more than 40 years imprisonment, a fine of not more than a $5,000,000, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.